UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DEAN BUTTREY,**

       **Plaintiff,**

**v.**                                 **Case No. 6:25-cv-1592-CEM-NWH**

**AUSTIN RUSSELL, TOM
FENNIMORE, ALEC GORES,
MARY LOU JEPSEN, SHAUN
MAGUIRE, KATHARINE A.
MARTIN, DOMINICK SCHIANO,
MATTHEW SIMONCINI,
DANIEL TEMPESTA, JUN HONG
HENG, and LUMINAR
TECHNOLOGIES, INC.,**

       **Defendants.**

_____/

**CHIBALE BANDELE,**

       **Plaintiff,**

**v.**                                 **Case No. 6:25-cv-1699-CEM-NWH**

**AUSTIN RUSSELL, TOM
FENNIMORE, ALEC GORES,
MARY LOU JEPSEN, SHAUN
MAGUIRE, KATHARINE A.
MARTIN, DOMINICK SCHIANO,
MATTHEW SIMONCINI,
DANIEL TEMPESTA, JUN HONG
HENG, and LUMINAR
TECHNOLOGIES, INC.,**

**Defendants.**

_____/

**EVAN LEVITAN,**

       **Plaintiff,**

v.                                                                    **Case No. 6:25-cv-1840-CEM-NWH**

**AUSTIN RUSSELL, TOM FENNIMORE, ALEC GORES, MARY LOU JEPSEN, SHAUN MAGUIRE, KATHARINE A. MARTIN, DOMINICK SCHIANO, MATTHEW SIMONCINI, and DANIEL TEMPESTA, JUN HONG HENG, LUMINAR TECHNOLOGIES, INC., and PAUL RICCI,**

       **Defendants.**

_____/

## ORDER

THIS CAUSE is before the Court on Plaintiffs' Motion to Consolidate and to Appoint Co-Lead Counsel and a Joint Motion to Temporarily Stay Proceedings. (Case No. 6:25-cv-1592-CEM-NWH, Doc. Nos. 15, 16). The United States Magistrate Judge issued a Report and Recommendation (Case No. 6:25-cv-1592-CEM-NWH, Doc. 28), recommending that the Motion to Consolidate and to Appoint Co-Lead Counsel, (Case No. 6:25-cv-1592-CEM-NWH, Doc. 15), and the Motion to Temporarily Stay Proceedings, (Case No. 6:25-cv-1592-CEM-NWH, Doc. 16), be granted in part and denied in part.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Case No. 6:25-cv-1592-CEM-NWH, Doc. 28) is **ADOPTED** and made a part of this Order.

2. The Motion to Consolidate and to Appoint Co-Lead Counsel for Plaintiffs, (Case No. 6:25-cv-1592-CEM-NWH, Doc. 15) is **GRANTED in part** and **DENIED in part**.

   a. Case Nos. 6:25-cv-1592-CEM-NWH, 6:25-cv-1699-CEM-NWH, and 6:25-cv-1840-CEM-NWH are **CONSOLIDATED** for all purposes.

   b. Case No. 6:25-cv-1592-CEM-NWH is designated as the Consolidated Case, and all future filings shall be filed and docketed in the Consolidated Case only.

   c. The Clerk is directed to close Case Nos. 6:25-cv-1699-CEM-NWH and 6:25-cv-1840-CEM-NWH.

   d. Plaintiffs' request to appoint lead co-counsel is **DENIED without prejudice**.

3. The Motion to Stay, (Case No. 6:25-cv-1592-CEM-NWH, Doc. 16) is **GRANTED in part** and **DENIED in part**. The Consolidated Case is temporarily stayed for all purposes pending the resolution of the Motion to Dismiss in the related class action (*Yskollari v. Russel et al.*, No. 6:25-cv-1384-CEM-NWH), or the close of the pleadings in that action by any other means, whichever occurs first.

4. Within fourteen days of the expiration of the temporary stay, Plaintiffs shall advise the Court as to whether the Consolidated Case should continue to be stayed as to the individual Defendants, given the automatic stay as to Defendant Luminar Technologies, Inc. pursuant to 11 U.S.C. § 362.

**DONE** and **ORDERED** in Orlando, Florida on April 27, 2026.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record